In the Interest of A. M., a Child     ☐     From the 108th District Court
         Of Potter County

No. 07-12-00482-CV            ☐     March 25, 2013

                                        ☐     Opinion by Justice Hancock

## J U D G M E N T

Pursuant to the opinion of the Court, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o